UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETS

| | |
|---|---|
| TODD HAKIMI,<br><br>        Plaintiff,<br><br>    -v-<br><br>THE BAUPOST GROUP, L.L.C., BAUPOST PARTNERS, L.L.C., SAK CORPORATION, BAUPOST GROUP LIMITED, BAUPOST GROUP INTERNATIONAL L.L.P., BAUPOST LIMITED PARTNERSHIP 1983 A -1, BAUPOST LIMITED PARTNERSHIP 1983 B-1, BAUPOST LIMITED PARTNERSHIP 1983 C-1, BAUPOST VALUE PARTNERS L.P. – I, BAUPOST VALUE PARTNERS L.P. – II, BAUPOST VALUE PARTNERS L.P. – III, BAUPOST VALUE PARTNERS L.P. – IV, BSP PARTNERS L.P., HB INSTITUTIONAL LIMITED PARTNERSHIP, PB INSTITUTIONAL LIMITED PARTNERSHIP, YB INSTITUTIONAL LIMITED PARTNERSHIP and SETH A. KLARMAN,<br><br>        Defendants,<br>and<br><br>INNOVIVA, INC.,<br><br>        Nominal Defendant. | C.A. No. 1:18-cv-10044-ADB<br><br>**STIPULATION OF DISMISSAL** |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Todd Hakimi, defendants The Baupost Group, L.L.C., Baupost Partners, L.L.C., SAK Corporation, Baupost Group Limited, Baupost Group International L.L.P., Baupost Limited Partnership 1983 A -1, Baupost Limited Partnership 1983 B-1, Baupost Limited Partnership 1983 C-1, Baupost Value Partners L.P. – I, Baupost Value Partners L.P. – II, Baupost Value Partners L.P. – III,

Baupost Value Partners L.P. – IV, BSP Partners L.P., HB Institutional Limited Partnership, PB Institutional Limited Partnership, YB Institutional Limited Partnership, Seth A. Klarman, (collectively, the "Baupost Defendants") and nominal defendant Innoviva, Inc. by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal without prejudice.

*Attorneys for Todd Hakimi*                           *Attorneys for Baupost Defendants*


___/s/ Robert R. Pierce___                            ___/s/ Kristi L. Jobson____
Robert R. Pierce (BBO #549172)                        Kristi L. Jobson (BBO #685333)
PIERCE & MANDELL, P.C                                 ROPES & GRAY LLP
11 Beacon Street, Suite 800                           Prudential Tower, 800 Boylston Street
Boston, Massachusetts  02108                          Boston, MA 02199-3600
(617) 720-2444                                        (617) 951-7456
 E-Mail:  bob@piercemandell.com                       E-Mail: Kristi.Jobson@ropesgray.com



                                                      *Attorneys for Innoviva, Inc.*


                                                      ___/s/ Kurt S. Kusiak_____
                                                      Kurt S. Kusiak (BBO #559254)
                                                      FITCH LAW PARTNERS LLP
                                                      One Beacon Street
                                                      Boston, MA 02108
                                                      (617) 542-5542
                                                      E-Mail: ksk@fitchlp.com


 Dated:  February 14, 2018